AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED
JAN 16 2019
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-0117-M |
| Miguel Angel Soto, Jr. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 16, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49 U. S. C. Section 46504 | An individual on an aircraft in the special aircraft jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties, shall be fined under title 18, imprisoned for not more than 20 years, or both. However, if a dangerous weapon is used in assaulting or intimidating the member or attendant, the individual shall be imprisoned for any term of years or for life. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel F. Baker, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/17/2019

_____
Judge's signature

City and state:  McAllen, Texas

US Magistrate Judge
Printed name and title

ATTACHMENT A

I am a Special Agent of the Federal Bureau of Investigation (FBI), and have knowledge of the following facts:

1. On or about 01/16/2019, United Airlines Flight 1838 departed Mexico City, Mexico (MX) enroute to Houston, Texas (TX). At approximately 6:40 p.m., the aforementioned flight was diverted to McAllen International Airport (MFE), after reports that a male passenger physically assaulted another passenger as well as a member of the flight crew.
2. Passenger Miguel Angel Soto Jr. (SOTO), date of birth 03/15/1990, made physical contact with a female passenger by kicking her multiple times with his foot. At such time, the flight crew was made aware of the incident and intervened.
3. In operation of her duties as a member of the crew, a flight attendant instructed SOTO to remain in his seat. SOTO failed to comply with the commands of the flight attendant and physically struck the flight attendant with his arm.
4. Subsequent to making contact with the flight attendant, SOTO was subdued by multiple passengers who held him down. A federal agent, also aboard the aircraft, intervened and assisted in taking SOTO into custody. The agent identified himself to SOTO as a federal agent and continued to give commands to SOTO. SOTO refused to comply with the agent's commands and continued to resist. The agent and aforementioned passengers were ultimately able to restrain SOTO until the aircraft landed at MFE without further incident at approximately 6:50 p.m. CST.